525 A.2d 1204

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Carmen WOODS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1986.

Decided May 22, 1987.

Jeremy C. Gelb, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Marianne Cox, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

**ORDER**

PER CURIAM.

Judgment of sentence affirmed.